**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark T Bomar, | No. CV-22-00125-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion of Arizona LLC, et al., | |
| Defendants. | |

On January 21, 2022, Plaintiff Mark T. Bomar, who is confined in the Arizona Department of Corrections, filed, through counsel, a civil rights Complaint pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a), required Defendants to answer, and ordered Plaintiff to either serve Defendants or seek a waiver of service for each Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of its Order, whichever was later (Doc. 4 at 3). Service of process as to Defendants Centurion of Arizona, LLC, DeMello, Paul, and Ziegler has been executed (Docs. 6-9). Proof of service has not been filed as to Defendants Johnson and Zhong, and the deadline for service of process has passed.

For the reasons set forth herein,

**IT IS ORDERED** that by **May 23, 2022** Plaintiff shall either (i) file an Affidavit of Service or (ii) show good cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) as to Defendants Zhong and Johnson. Failure to show

1. cause by that date may result in dismissal of this case as to Defendants Zhong and Johnson without further notice.

Dated this 6th day of May, 2022.

*EsWillett*

Honorable Eileen S. Willett
United States Magistrate Judge